IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ERIC VAUGHN HOWARD                                                                           PLAINTIFF

v.                              Case No: 4:20-cv-01452 KGB

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                 DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 17). The Recommended Disposition recommends that this Court reverse the Commissioner's decision and remand the matter to the Commissioner for further review (*Id.*, at 8). No objections have been filed, and the time to file objections has passed. After reviewing the Recommended Disposition, the Court adopts the Recommended Disposition and its findings in all respects (*Id.*).

It is therefore ordered that the Commissioner's decision is reversed and remanded with instructions to develop the record as necessary and to further review Eric Vaughn Howard's Title II application for disability and disability insurance benefits. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 29th day of November, 2021.

Kristine G. Baker
United States District Judge