IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC VAUGHN HOWARD**   **PLAINTIFF**

v.   **Case No: 4:20-cv-01452 KGB**

**COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION**   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter this date, it is considered, ordered, and adjudged that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

So adjudged this 29th day of November, 2021.

_____
Kristine G. Baker
United States District Judge