IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC VAUGHN HOWARD**                                                                 **PLAINTIFF**

v.                              Case No: 4:20-cv-01452 KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                    **DEFENDANT**

## ORDER

Before the Court is plaintiff Eric Vaughn Howard's motion for award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 20). Mr. Howard requests attorney's fees in the amount of $6,342.50, costs in the amount of $402.00, and expenses in the amount of $29.58 under the EAJA (*Id.*, at 1). The Commissioner has responded and does not object to an award of $6,372.08 in attorney's fees and expenses and $402.00 in costs (Dkt. No. 22, at 1).

For good cause shown, the Court grants Mr. Howard's motion (Dkt. No. 20). After review of the record, the Court finds that the hours spent by counsel were reasonable. The Court approves attorney's fees and expenses of $6,372.08 and costs of $402.00. The EAJA fee award shall be made payable to Mr. Howard in the care of and mailed to his counsel, but subject to any offset to satisfy any pre-existing debt owed by Mr. Howard to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States). The Commissioner shall certify this award.

So ordered this 6th day of May, 2022.

Kristine G. Baker
United States District Judge